# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 16, 2008

Charles R. Fulbruge III
Clerk

No. 07-40547
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

V.

GERARDO ROJO-MARTINEZ

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:06-PO-1806-ALL

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Gerardo Rojo-Martinez has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967).  Rojo-Martinez has not filed a response.  Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.